UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT DEBRUYN,

    Plaintiff,

v.

                              Case No. 25-cv-14068
                              Hon. Matthew F. Leitman

RACHAEL EUBANKS, AND
DANA NESSEL,

    Defendants.
_____/

**<u>ORDER (1) DIRECTING ATTORNEY BRITTANY JONES TO ATTEND STATUS CONFERENCE AND (2) DIRECTING PLAINTIFF TO SERVE COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, AND THIS ORDER ON DEFENDANTS AND ON ATTORNEY JONES</u>**

On December 17, 2025, Plaintiff Scott Debruyn filed this action against Defendants Rachael Eubanks (in her official capacity as the Treasurer for the State of Michigan) and Dana Nessel (in her official capacity as the Attorney General for the State of Michigan). (*See* Compl., ECF No. 1.)  Debruyn says that on October 27, 2025, Defendant Eubanks, through attorney Brittany Jones, an attorney in the office of the Michigan Attorney General, filed an action in the Ottawa County Circuit Court that wrongly attempts to alienate certain pension benefits that Debruyn says are protected from such alienation by the federal Employee Retirement Income Security Act. (*See id.*)

1

Debruyn has also filed an emergency motion for a preliminary injunction. (*See* Mot., ECF No. 2.) In that motion, Debruyn says that the state court has set a proceeding on Eubanks' state-court action for January 5, 2026, and he argues that if this Court does not issue emergency preliminary relief to him before that date, he may lose any ability he has to challenge the Defendants' conduct in federal court. (*See id.*)

The Court has conducted a preliminary review of Debruyn's filings, and orders as follows:

- The Court will hold a Zoom status conference in this action at **10:30 a.m. on December 19, 2025**. Both counsel for Plaintiff and attorney Jones shall attend that conference. Additional counsel for Defendants may also attend the conference.

- To facilitate Jones' attendance at the conference, by no later than the close of business on **December 18, 2025**, counsel for Debruyn shall serve on Defendants ***and*** Jones a copy of (1) his Complaint, (2) his motion for preliminary injunction, and (3) this order. Counsel for Debruyn shall serve Jones by (1) Email, (2) Overnight Mail, and (3) fax. Counsel for Debruyn shall also call Jones to inform her of this action and of the December 19, 2025, status conference. Finally, counsel for Debruyn shall file a Certificate of Service on the docket of this action by no later than the close

of business on **December 18, 2025**, reflecting that counsel has served Defendants and Jones as set forth above.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126