UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT DEBRUYN,

Plaintiff,

Case No. 25-cv-14068
Hon. Matthew F. Leitman

v.

RACHAEL EUBANKS, *et al.*,

Defendants.

______________________________________________________/

**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION (ECF No. 2)**

On August 13, 2026, the Court held a pretrial conference in this action. During the conference, the Court delivered its ruling on Plaintiff Scott DeBruyn's Emergency Motion for a Preliminary Injunction (ECF No. 2). For the reasons stated on the record, the Motion is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126